In the Matter of the Estate of WALTER H. FRUTIGER, Deceased. ENDICOTT TRUST COMPANY, as Executor of WALTER H. FRUTIGER, Deceased, et al., Appellants; ERNEST D. FRUTIGER et al., Respondents.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.